**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | **Deubel v. Franklin County** : | **CIVIL NO. 1:CV-08-0261** |
| | **Adult Parole and Probation** : | |
| | **Department, et al.** : | |
| | : | **(Judge Conner)** |
| **Inmate:** | **Darrell William Deubel** : | |
| | : | **(Magistrate Judge Smyser)** |

### ORDER

On February 11, 2008, Darrell William Deubel, an inmate confined at the Franklin County Prison, Chambersburg, Pennsylvania, filed a civil rights complaint without submitting a filing fee or the forms required to proceed in forma pauperis in a civil rights case. By Administrative Order dated February 12, 2008, the Plaintiff was informed that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $350.00 or filed a properly completed application to proceed in forma pauperis and an authorization form. Notwithstanding this admonition, more than thirty (30) days have elapsed and the Plaintiff has neither made an appropriate submission nor requested an extension of time in which to do so.

**THEREFORE**, **IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

      S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

DATE:  April 11, 2008